JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZIMMERMAN and DONNA ZIMMERMAN,<br><br>       Plaintiffs,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1-25, inclusive.<br><br>       Defendants. | CASE NO. CV 13-00122 MMM (RZx)<br><br>JUDGMENT FOR DEFENDANT |

On December 5, 2013, the court entered an order granting summary judgment for defendant Allstate Insurance Company on each of the Zimmermans' claims. Consequently,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs take nothing by way of their complaint; and

2. That the action be, and is hereby, dismissed.

DATED: December 5, 2013

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE